**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION**

| | | |
|---|---|---|
| CRYSTAL GARCIA-CONTRERAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:09-cv-00761 |
| vs. | ) | |
| | ) | |
| BROCK & SCOTT, PLLC and | ) | **NOTICE OF SETTLEMENT** |
| BULLHEAD INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, CRYSTAL GARCIA-CONTRERAS, by and through her attorneys, David B. Levin and M. Lynette Hartsell, and hereby notifies the Court that a settlement agreement has been reached. The parties will file the appropriate Stipulation of Dismissal with the Court, subsequent to completion of the settlement agreement between the parties.

        Respectfully Submitted,

        /s/ David B. Levin
        David B. Levin (special appearance)
        Luxenburg & Levin, LLC
        Attorney for Plaintiff
        23875 Commerce Park, Suite 105
        Beachwood, OH 44122
        (888) 493-0770, ext. 302 (phone)
        (866) 551-7791 (facsimile)
        David@LuxenburgLevin.com

        /s/ M. Lynette Hartsell
        M. Lynette Hartsell (9845)
        Attorney for Plaintiff
        1010 Lakeview Drive
        Cedar Grove, NC 27231
        (888) 493-0770, ext. 305 (phone)
        (866) 551-7791  (facsimile)
        lhartsell@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2011 a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ David B. Levin
David B. Levin (special appearance)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
David@LuxenburgLevin.com

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305 (phone)
(866) 551-7791 (facsimile)
lhartsell@attorneysforconsumers.com